

```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                            BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

FEB 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAMES H. GUAJARDO, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| vs. § | CASE NO. **B-99-012** |
| § | |
| SOUTHWESTERN BELL § | |
| TELEPHONE COMPANY, AND § | |
| COMMUNICATIONS WORKERS § | |
| OF AMERICA, § | |
| § | |
| DEFENDANTS. § | |

## ORDER

On this date came on to be considered the application of M. Cheryl Kirby, co-counsel for Defendant Communications Workers of America, requesting leave to appear *pro hac vice* in the above-styled and numbered cause.

After due consideration, the Court is of the opinion that the motion should be granted.

Therefore,

It is hereby **ORDERED** that M. CHERYL KIRBY is **GRANTED** leave to appear *pro hac vice* in this case.

It is further **ORDERED** that counsel make application for admission to practice before the United States District Court for the Southern District of Texas within sixty days of the filing of this order and diligently pursue each application until admitted.

It is further **ORDERED** that counsel become familiar with the Local Court Rules of the United States District Court for the Southern District of Texas, a copy of which may be obtained from the United States District Clerk of the Southern District of Texas.

**SIGNED** this 12 day of FEB, 1999.

_____
United States Magistrate Judge