# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAMES H. GUAJARDO § | |
| § | |
| VS. § | CIVIL ACTION NO. B-99-012 |
| § | |
| SOUTHWESTERN BELL TELEPHONE § | |
| COMPANY, ET AL. § | |

TYPE OF CASE:        __X__ CIVIL                                   ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

PLACE:                                                                                         ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                    CONTINUED TO DATE AND TIME:

**FEBRUARY 26, 1999 AT 1:30 P.M.**                              **MARCH 1, 1999 AT 1:30 P..M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    FEBRUARY 17, 1999

TO:    MR. ROBERT MENDOZA
       MS. CYNTHIA F. MALONE