# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
MAR 0 4 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAMES H. GUAJARDO § | |
| § | |
| VS. § | CIVIL ACTION NO. B-99-012 |
| § | |
| SOUTHWESTERN BELL TELEPHONE § | |
| COMPANY, ET AL. § | |

TYPE OF CASE:   __X__ CIVIL        ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 31, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 2, 1999

TO:   MR. ROBERT MENDOZA
      MS. CYNTHIA F. MALONE