12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

APR 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| JAMES H. GUAJARDO | § § | |
| VS. | § § | CIVIL ACTION NO. B-99-012 |
| SOUTHWESTERN BELL TELEPHONE COMPANY, ET AL. | § § | |

TYPE OF CASE:  __X__ CIVIL        ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MAY 28, 1999 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 31, 1999

TO:   MR. ROBERT MENDOZA
      MS. CYNTHIA F. MALONE
      MR. DAVID VAN OS
      MS. CHERYL KIRBY

ClibPDF - www.fastio.com