26

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAMES H. GUAJARDO,<br>Plaintiff, | § § § § | |
| v. | § § | CIVIL CAUSE NO. B-99-012 |
| SOUTHWESTERN BELL TELEPHONE<br>COMPANY, AND COMMUNICATIONS<br>WORKERS OF AMERICA,<br>Defendants. | § § § § § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-entitled and numbered cause. After a *de novo* review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation dated March 8, 2000 should be **ADOPTED**.

The Court adopts the Report and Recommendation because it is of the opinion that both of Plaintiff's attempts to Amend his Original Complaint filed with this Court on April 23, 1999 and, subsequently, his Third Amended Complaint filed on June 18, 1999 failed to comply with Rule 15 of the Federal Rules of Civil Procedure. Consequently, Plaintiff's reliance on its Motion to Remand filed on April 23, 1999 should be **DENIED** in that Plaintiff has failed to timely file such Motion pursuant to 28 U.S.C. §1447(c). Furthermore, Plaintiff has failed to comply with Rule 41(a)(1) of the Federal Rules of Civil Procedure in his attempt to Dismiss Defendant, Communication Workers of America, and, therefore, this Court **DENIES** such dismissal of the Defendant because it has not been properly dismissed from the case.

As a result, this Court is of the opinion that Plaintiff's Original Petition/Complaint is still the appropriate pleading to consider, and the Magistrate Judge's Report and Recommendation properly considers the Motion for Summary Judgment, which will be **GRANTED** by this Court. Such Report and Recommendation, having been adopted by this Court, in effect rules upon Defendant Union's Motion to Dismiss in that the same should be **GRANTED** (for the same reasons set forth in the Magistrate Judge's Report and Recommendation), making the Defendant Union's Motion for a more Definitive Statement **MOOT**.

Nevertheless, this Court is of the opinion that, even if Plaintiff had properly amended his Complaint so that the Third Amended Complaint was the active pleading and his Motion to Remand was timely, the Court would still have the ability to Dismiss with prejudice all federal

causes of action and would not have to Remand all state related claims because it could retain jurisdiction over any state causes of action under the jurisdictional statutes which govern federal court's subject matter jurisdiction. *See* 28 U.S.C. §1367(c)(3).

Accordingly, it is ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Remand is **DENIED**.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Dismiss Defendant Communications Workers of America is **DENIED**.

It is further ORDERED, ADJUDGED and DECREED that the Magistrate Judge's Report and Recommendation is **ADOPTED**.

It is further ORDERED, ADJUDGED and DECREED that the Defendant's Southwestern Bell's Motion for Summary Judgment is **GRANTED**, making such Defendant's Motion to Dismiss **MOOT**.

It is further ORDERED, ADJUDGED and DECREED that Defendant Union's Motion to Dismiss is **GRANTED**, making the Defendant Union's Motion for a more Definitive Statement **MOOT**.

Done in Brownsville, Texas on this the 28th day of March, 2000.

Filemon B. Vela
United States District Judge